UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>  Plaintiff,<br><br>  v.<br><br>MARIE I. CECCATO, et al.,<br><br>  Defendants. | Case No. 21-cv-09960-JSW<br><br>**ORDER IMPOSING MONETARY SANCTIONS ON COUNSEL**<br><br>Re: Dkt. Nos. 22, 24 |

The Court has received and considered Plaintiff's response to the Order to Show Cause issued on June 16, 2022, and it finds counsel's response inadequate. The Court refers responding counsel to responses submitted in *Johnson v. PB Cutner/Coronado Group, LLC*, No. 21-cv-4694-JSW and *Gomez v. Wilson,* No. 21-cv-8834-JSW for the type of response that the Court has found satisfactory.[1] Accordingly, the Court HEREBY IMPOSES sanctions in the amount of $150.00 on Plaintiff's counsel, Prathima Price, to be paid to the Clerk of the Court by no later than July 5, 2022.

**IT IS SO ORDERED**.

Dated: June 27, 2022

JEFFREY S. WHITE
United States District Judge

---

[1] As noted in the orders, although the Court found good cause to discharge the orders to show cause without imposing sanctions, it will not hesitate to impose sanctions if plaintiff's counsel misses deadlines going forward.